# United States District Court
## Southern District of Georgia

Luz M. Ford

_____
Plaintiff

v.

Roger Chaneyfield et al

_____
Defendant

Case No.   6:24-cv-00042-JRH-BKE

Appearing on behalf of

Progressive Northern Insurance Company
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   14th   day of   February   ,   2025  .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Jennifer L. Pridgeon

Business Address:   Lueder, Larkin & Hunter, LLC
Firm/Business Name

3348 Peachtree Road, NE
Street Address

| Suite 1050 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| (770) 854-1044 | | 434428 | |
|---|---|---|---|
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:   jpridgeon@luederlaw.com