# United States District Court

## *Southern District of Georgia*

Luz M. Ford

_____
Plaintiff

Case No.   6:24-cv-00042-JRH-BKE

**v.**

Roger Chaneyfield et al

_____
Defendant

Appearing on behalf of

Progressive Northern Insurance Comp

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __14th__ day of __February__ , __2025__ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:    Margaret L. Manns
_____

Business Address:    Lueder, Larkin & Hunter, LLC
_____
Firm/Business Name

3348 Peachtree Road, NE
_____
Street Address

| Suite 1050 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| (470) 481-2601 | | 317367 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    mmanns@luederlaw.com