IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| LUZ M. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 624-042 |
| | ) | |
| ROGER CHANEYFIELD; | ) | |
| GLR TRANSPORT, LLC; and | ) | |
| PROGRESSIVE NORTHERN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In light of the parties' joint request for private mediation, (see doc. no. 32), the Court **STAYS** all remaining case deadlines through and including May 15, 2025. The parties shall advise the Court as to the status of the case by no later than May 22, 2025, and if the case is not resolved, the last day for filing civil motions including Daubert motions, but excluding motions in limine, shall be June 23, 2025.

SO ORDERED this 21st day of February, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA